JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLITECH CO., LIMITED<br><br>    Plaintiff,<br><br>    v.<br><br>IPD AEROSPACE, INC.,<br><br>    Defendant. | Case No. 2:21-cv-07239-FLA (SKx)<br><br>**JUDGMENT** |

The court having considered the Agreed Motion for Stipulated Judgment jointly filed by Plaintiff Flitech Co., Limited ("Plaintiff") and Defendant IPD Aerospace, Inc., and finding good cause therefor, hereby ORDERS:

1. Judgment is entered for Plaintiff and against Defendant in the amount of One Hundred Twenty-Seven Thousand Seven Hundred Eighty-Two Dollars ($127,782.00).
2. The Judgment shall bear interest at the rate of 6% per annum until satisfied.
3. Post-Judgment costs are waived.

IT IS SO ORDERED.

Dated: March 11, 2022

FERNANDO L. AENLLE-ROCHA
United States District Court Judge